**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6050**

JULIAN EDWARD ROCHESTER,

                Petitioner – Appellant,

        v.

STATE OF SOUTH CAROLINA; RICHLAND COUNTY JUDICIAL CENTER;
JEAN H. TOAL; HENRY F. FLOYD, Judge; H. B. RICHARDSON; SOUTH
CAROLINA DEPARTMENT OF CORRECTIONS; H. M. HERLONG, Judge;
ROBERT S. CARR; CASEY MANNING; J. R. BARKER; NFN MCBRIDE;
1040 DEFENDANTS; BARACK OBAMA, President; SENECA DAILY
JOURNAL AND MESSENGER; ANDERSON INDEPENDENT NEWS; GREENVILLE
NEWS; THE STATE NEWSPAPER; THE POST AND COURIER; NEW YORK
TIMES; TIGERTOWN OBSERVER; KNIGHT RIDDER, INCORPORATED;
UNITED STATES OF AMERICA; CENTRAL INTELLIGENCE AGENCY;
FEDERAL BUREAU OF INVESTIGATION; JON OZMINT, Director; MARK
SANFORD, Governor; SOLICITOR GENERAL; CIVIL RIGHTS LAWYERS,
USDOJ; A. W. WOODHOUS; E STEPHENS; BILL CLINTON; GEORGE W.
BUSH; UNITED STATES SUPREME COURT; WIS TELEVISION 10,

                Respondents – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.   Henry M. Herlong, Jr., Senior
District Judge. (2:09-cv-03148-HMH-RSC)

Submitted:  April 1, 2010              Decided:  May 18, 2010

Before TRAXLER, Chief Judge, and WILKINSON and DUNCAN, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Julian Edward Rochester, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Edward Rochester appeals the district court's order dismissing his petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rochester v. South Carolina, No. 2:09-cv-03148-HMH-SC (D.S.C. Dec. 8, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The petition for a writ of mandamus is denied.

AFFIRMED